
20210510154616

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | **SUMMONS AND AMENDED VERIFIED COMPLAINT, CERTIFICATION, VERIFICATIONS, VERIFIED COMPLAINT** <br> **EDWARD ALLEN** <br> **PROCESS SERVER** |
| | DATE: **5/13/2021 4:14:38 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

THREE AMIGOS VENTURES, LLC

Place where served:

237 DIAMOND BRIDGE AVENUE   HAWTHORNE  NJ  07506

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MARC MARCHESANI

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M   AGE: 51-65   HEIGHT: OVER 6'   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: BEARD

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature
*EDWARD ALLEN*

DATE: 05/13/2021        064E4D98220647A...        L.S.

SIGNATURE OF EDWARD ALLEN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | **Attempts** |
|---|---|
| | 5/11/2021 11:59:58 AM |

ATTORNEY: LEONARD E. SEAMAN, ESQ.
PLAINTIFF: JEFFREY RAGLIEVICH, ET AL
DEFENDANT: LARRY PRESCHEL, ET AL
VENUE: DISTRICT
DOCKET: 2 21 CV 10998 SRC AME
COMMENT: