## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY RAGLIEVICH, et al.,<br><br>                      Plaintiff,<br><br>v.<br><br>LARRY PRESCHEL, et al., | Civil Action No.:<br>2:21-cv-10998-SRC-AME |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF CHRISTINA M. SAUERBORN

PLEASE TAKE NOTICE THAT the appearance of Christina M. Sauerborn is hereby withdrawn as counsel of record for Defendants Larry Preschel, Marc Marchesani, Luis K. Jarama, Clare Preschel and Three Amigos Ventures, LLC d/b/a Blackjack Mulligan's Public House Hawthorne (the "Defendants") in the above-captioned action.  Ms. Sauerborn is no longer associated with the law firm of Leason Ellis LLP and no longer represents the Defendants.  The undersigned will continue to represent the Defendants.

DATED:  September 14, 2021      Respectfully submitted,

                                                    s/Henry Gabathuler/
                                                    Henry Gabathuler (HG6543)
                                                    NJ Bar I.D. No. 037802007
                                                    Yuval H. Marcus (admitted *pro hac vice*)
                                                    LEASON ELLIS LLP
                                                    One Barker Avenue, Fifth Floor
                                                    White Plains, New York 10601
                                                    Phone: (914) 821-3079

Gabathuler@leasonellis.com
Marcus@leasonellis.com
Attorney for Defendants

2